FEBRUARY 18, 1957

**No. 60514.**—SUIT 4870.—Maher-App & Company *v.* United States.—

—C. D. 1748 reversed November 30, 1956. C. A. D. 630. 

BEFORE THE FIRST DIVISION, FEBRUARY 26, 1957

**No. 60515.**—Kaufman & Vinson Co. *v.* United States, protest 250258–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of marble onyx slabs similar in all material respects to those the subject of *Mutual Lamp Mfg. Co.* v. *United States* (21 C. C. P. A. 231, T. D. 46702), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 26, 1957

**No. 60516.**—Canada Dry Ginger Ale Co., Inc., et al. *v.* United States, protests 219388–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 60517.**—Austin Nichols & Co., Inc., et al. *v.* United States, protests 232883–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.